**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6592**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LEMIAH WYATT SANDERS, JR.,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:18-cr-00059-LCB-1)

_____

Submitted:  November 19, 2024            Decided:  November 22, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lemiah Wyatt Sanders, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemiah Wyatt Sanders, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have the reviewed the record and find no reversible error. Although the district court's explanation of its denial was sparse and offered only a limited review of the facts of Sanders's case, it was adequate to allow for meaningful appellate review given the equally limited arguments proffered by Sanders in his motion, his failure to carry the burden why the 18 U.S.C. § 3553(a) factors warranted a sentence reduction, and the district court's extensive prior involvement in Sanders's case. Accordingly, we affirm the district court's order. *United States v. Sanders*, No. 1:18-cr-00059-LCB-1 (M.D.N.C. June 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2